```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16858
    JESSE L KOZINSKI
    CAROL ANN KOZINSKI                          CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-1849     SSN XXX-XX-6661

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 12/19/2006 and was not confirmed.

      The case was transferred to Glenn Stearns, Trustee on 02/22/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
BANK OF AMERICA              SECURED VEHIC   16769.00             .00       1068.87
DAIMLER CHRYSLER FINANCI     SECURED NOT I       .00              .00           .00
DAIMLER CHRYSLER FINANCI     UNSECURED       NOT FILED            .00           .00
DELL FINANCIAL SERVICES      SECURED          1385.00             .00         78.42
DELL FINANCIAL SERVICES      UNSECURED       NOT FILED            .00           .00
AMERICAN GENERAL FINANCE     UNSECURED       NOT FILED            .00           .00
BP CITI                      UNSECURED       NOT FILED            .00           .00
CAPITAL ONE                  UNSECURED        6994.30             .00           .00
CITIFINANCIAL                UNSECURED       NOT FILED            .00           .00
CREDITORS COLLECTION BUR     UNSECURED       NOT FILED            .00           .00
GEMB/ULTRA                   UNSECURED       NOT FILED            .00           .00
ULTRA DIAMONDS               UNSECURED        1778.15             .00           .00
HELEN LINK                   UNSECURED         549.00             .00           .00
SMC                          UNSECURED         507.09             .00           .00
KOMYATTE & FREELAND          UNSECURED       NOT FILED            .00           .00
MUTUAL HOSPITAL COLLECTI     UNSECURED       NOT FILED            .00           .00
WASHINGTON MUTUAL            UNSECURED       NOT FILED            .00           .00
WORLD FINANCIAL CAPITAL      UNSECURED        1295.42             .00           .00
GE CONSUMER FINANCE          UNSECURED        3167.32             .00           .00
HELEN LINK                   PRIORITY         2225.00             .00           .00
BANK OF AMERICA              UNSECURED        1003.01             .00           .00
LYNETTE KOZINSKI             PRIORITY        NOT FILED            .00           .00
JOSEPH P DOYLE               DEBTOR ATTY         .00                            .00
TOM VAUGHN                   TRUSTEE                                          75.84
DEBTOR REFUND                REFUND                                             .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    1,223.13

PRIORITY                                             .00
SECURED                                          1,147.29
UNSECURED                                            .00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 16858 JESSE L KOZINSKI & CAROL ANN KOZINSKI
```

```
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                               75.84
DEBTOR REFUND                                                        .00
                                           ---------------  ---------------
TOTALS                                            1,223.13         1,223.13
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/14/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE